# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2016

Robert P. Young, Jr.,
Chief Justice

150994(86)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 150994
COA: 314564
Calhoun CC:  2001-004547-FC

LORINDA IRENE SWAIN,
Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of amicus curiae Michigan Attorney General to participate in oral argument by sharing ten minutes of plaintiff-appellee's allotted time for argument is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2016

